901 So.2d 1058 (2005)
STATE ex rel. Michael MATTHEWS
v.
STATE of Louisiana.
No. 2004-KH-1697.
Supreme Court of Louisiana.
April 29, 2005.
In re Matthews, Michael;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. H, No. 99-4834; to the Court of Appeal, Fifth Circuit, No. 04-KH-599.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.